COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Leon A. Benjamin v. Barbara Benjamin

Appellate case number:   01-10-01003-CV

Trial court case number: 2010-11421

Trial court:             247th District Court of Harris County

Appellant has filed a motion for rehearing asserting that he has now served appellee with a notice of appeal in this case.  The Court requests a response from the appellee.  Rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," is suspended for the filing of the response.  The response must be received in the clerk's office or filed in accordance with this court's rules on efiling no later than **5:00 p.m., 10 days from the date of this order**.  *See* TEX. R. APP. P. 2, 9.2(b), 49.2.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                        Acting individually

Date:  October 5, 2012